**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
IN RE: Celsius network LLC, et al.,

                                Debtors.

Cella Mlo,

                                Appellant,

       -against-                                                    25 **CIVIL** 5632 (AS)

                                           **JUDGMENT**

Mohsin Y. Meghji, as litigation administrator,

                                Appellee.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 17, 2026, the order of the bankruptcy court is affirmed. Judgment entered for the appellee on this appeal. All pending motions are denied as moot.

**Dated:** New York, New York

      June 17, 2026

                                     **TAMMI M. HELLWIG**

                                       **Clerk of Court**

                  **BY:**

                                       **Deputy Clerk**